**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JUL 0 9 2009 ★

**LONG ISLAND OFFICE**

United States District Court
Eastern District of New York

# NOTICE OF RELATED CASE

The Civil Cover Sheet filed in civil action

__09__ CV __2947__

1) indicated that this case is related to the following case(s):

07 cv 4502

09 cv 2504

-OR-

2) the case was directly assigned to Judge Bianco and Magistrate Judge Wall as a Pro Se case.