UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X

GILBERT ROMAN,

    Plaintiff,

    – against –

NATIONAL SECURITY AGENCY, et al.

    Defendants.

------------------------------------X

ORDER
09-CV-2947 (JFB) (WDW)
09-CV-4281 (JFB) (WDW)
09-CV-5633 (JFB) (WDW)
09-CV-3344 (JFB) (WDW)
09-CV-2504 (JFB) (WDW)

JOSEPH F. BIANCO, District Judge:

The Court has received defendants' letter dated January 3, 2011, requesting to adjourn the Court's telephone conference scheduled for January 4, 2011. Defendants' request is granted. It is hereby ordered that the parties shall participate in a telephone conference regarding defendants' motions for summary judgment on January 12, 2011, at 1:00 p.m. At that time, counsel for defendants shall initiate the call and, once all parties are on the line, shall contact Chambers at (631) 712 5670.

SO ORDERED

_____
JOSEPH F. BIANCO
UNITED STATES DISTRICT COURT JUDGE

Dated: January 4, 2010
      Central Islip New York